IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LINDSEY FEIST | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 19-3266 |
| MIDLAND CREDIT MANAGEMENT, INC. | : | |

## **ORDER**

AND NOW, this 17th day of March, 2020, upon consideration of Movant Midland Funding LLC's Motion to Intervene, Plaintiff Lindsey Feist's opposition, and Midland Funding's reply, and the parties' presentations at the February 11, 2020, oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 7) is DENIED.

BY THE COURT:

Juan R. Sanchez, C.J.